# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN TESTA, individually and doing business as MEAN FOLK, LLC, a Vermont Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>YURI PROKOPENKO, an individual; 13TH TITAN, a Nevada business; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:20-cv-01457-SVW-AFM<br>_Hon. Stephen V. Wilson Presiding_<br><br>**JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST YURI PROKOPENKO AND 13TH TITAN** |

## JUDGMENT

For good cause appearing, a judgment is GRANTED and ENTERED in favor of Jonathan Testa, individually and doing business as "Mean Folk," a Vermont Limited Liability Company (collectively, "Testa"), and against Yuri Prokopenko, an individual, and 13th Titan, a Nevada business, jointly and severally, as follows:

1. Actual damages in the amount of $15,000.00;
2. Attorneys' fees in the amount of $1,500.00; and
3. Costs in the amount of $433.72.

The total Judgment entered against Yuri Prokopenko and 13th Titan, jointly and severally, is $16,933.72, along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: March 8, 2023      By: _____
                              Honorable Stephen V. Wilson
                              United States District Judge